UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Students for Life at Ball State University, Julia Weis, Renee Harding, and Nora Hopf,<br><br>Plaintiffs,<br><br>    v.<br><br>Rick Hall, E. Renae Conley, Thomas C. Bracken, Matt Momper, R. Wayne Estopinal, Brian Gallagher, Jean Ann Harcourt, Mike McDaniel, and Marlene Jacocks, each individually and each in his or her official capacity as members of the Board of Trustees of Ball State University; Geoffrey S. Mearns, President of Ball State University, in his official and individual capacities; Kay Bales, Vice President for Student Affairs and Enrollment Services and Dean of Students, in her individual and official capacities; Jaquelyn Buckrop, Melissa Ginotti, Rob Marvin, Brittanie Middleton, and Ro-Anne Royer Engle, each individually and each in his or her official capacity as members of the Student Activity Fee Committee at Ball State University;<br><br>Defendants. | MOTION FOR ADMISSION *PRO HAC VICE* ON BEHALF OF ATTORNEY DAVID CORTMAN<br><br>Case No. 1:18-cv-1799-SEB |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY DAVID CORTMAN**

Eric Bohnet of the law firm Bohnet Law, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting David Cortman of Alliance Defending Freedom, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of all Plaintiffs in the above-styled case only. In support of this motion, the undersigned states:

1

1. The Certification of David Cortman, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting David Cortman leave to appear *pro hac vice* for purposes of this case only.

Dated: June 13, 2018

> Respectfully submitted,
>
> */s/ Eric C. Bohnet*
> Eric C. Bohnet
> IN Bar # 24761-84
> 6617 Southern Cross Dr.
> Indianapolis, IN 46237
> Telephone: (317) 750-8503
> Email: ebohnet@gmail.com
>
> *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, I electronically filed the foregoing document using the CM/ECF system, and it will be served upon all Defendants with the Complaint and Summons pursuant to Fed. R. Civ. P. 4.

Dated this 13th day of June, 2018, by:

*/s/ Eric C. Bohnet*
Eric C. Bohnet
IN Bar # 24761-84
6617 Southern Cross Dr.
Indianapolis, IN 46237
Telephone: (317) 750-8503
Email: ebohnet@gmail.com