## Exhibit A
## Certification of David Cortman
## In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Eric Bohnet of the law firm Bohnet Law, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the Supreme Court of Georgia. I was admitted on November 4, 1996.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: June 7, 2018.

Respectfully submitted,

*/s/ David Cortman*

David Cortman
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd Ne
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
Fax: (770) 339-6744
Email: DCortman@ADFlegal.org

1